Cite as 2019 Ark. 397

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE PLANS FOR CIRCUIT COURTS | **Opinion Delivered** December 12, 2019 |

## PER CURIAM

Pursuant to Administrative Order No. 14, administrative plans have been submitted by all judicial circuits. The administrative plans for circuit courts that have been approved, as submitted, are as follows: First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth-North, Eighth-South, Ninth-East, Ninth-West, Tenth, Eleventh-East, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, Eighteenth-East, Eighteenth-West, Nineteenth-East, Nineteenth-West, Twentieth, Twenty-First, Twenty-Second, and Twenty-Third. Before the plan submitted by the Eleventh-West Circuit can be approved, the court requires an amendment, and upon submission of an amended plan, the circuit's plan is approved. All administrative plans are effective January 1, 2020.

In 2019, the first comprehensive evaluation of the specialty court programs in the State of Arkansas was undertaken at the direction of the Specialty Court Program Advisory Committee ("Committee"). It was not received by the Committee until after the

administrative plans were due for submission to the Supreme Court. The court intends to take note of this evaluation and the recommendations of the Committee to ensure that the specialty court programs in the state are accomplishing their missions and adhering to recognized standards of operation. Consequently, the court may find it necessary to require changes in some specialty court programs that have been approved today, and affected courts will be advised of any issues and given a reasonable time to address them.